UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-7240 RGK (SSx) | Date | July 16, 2018 |
|---|---|---|---|
| Title | City of Oxnard v. Mayer Hoffman McCann P.C., et al. | | |

| Present: The Honorable | **SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE** | |
|---|---|---|
| Marlene Ramirez | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

None Present                    None Present

**Proceedings:**    **(IN CHAMBERS) ORDER SETTING MATTER FOR A TELEPHONIC HEARING ON DISCOVERY**

The Court sets this matter for a Telephonic Conference on **Tuesday, July 17, 2018, at 2:00 p.m.**  The Court Clerk will send instructions for calling into the Telephonic Conference by e-mail.

:

Initials of Preparer        mr