Charles E. Slyngstad (SBN 89103)
E-mail: cslyngstad@bwslaw.com
Brian S. Ginter (SBN 265786)
E-Mail: bginter@bwslaw.com
Nathan A. Oyster (SBN 225307)
E-Mail: noyster@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Stephen M. Fischer (SBN 174221)
Email: stephen.fischer@oxnard.org
CITY ATTORNEY
OFFICE OF THE CITY ATTORNEY,
CITY OF OXNARD
300 West 3rd Street, Suite 100E
Oxnard, California 93030-5714

Attorneys for Plaintiff
CITY OF OXNARD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CITY OF OXNARD, a municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAYER HOFFMAN McCANN P.C., a Missouri corporation, and DOES 1 through 100,<br><br>Defendant. | Case No. 2:17-cv-7240- RGK-SS<br>[Honorable R. Gary Klausner]<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.PRO. 41(a)(1)(A)(ii)** |

**TO THE COURT AND ALL PARTIES AND COUNSEL:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff City of Oxnard and defendant Mayer Hoffman McCann P.C., by and through their respective counsel of record, hereby stipulate to dismiss this action with prejudice. This dismissal by all parties who have appeared is in the context of

a negotiated, voluntary resolution of this action by and between the parties. The parties agree to bear their own costs and attorneys' fees in this matter.

Dated: September 7, 2018  BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Charles E. Slyngstad*
Charles E. Slyngstad
Brian S. Ginter
Nathan A. Oyster
Attorneys for Plaintiff
CITY OF OXNARD

Dated: September 7, 2018  HUNTON ANDREWS KURTH LLP

By: */s/ Phillip J. Eskenazi*
Phillip J. Eskenazi
Matthew Bosher
Kenneth P. Hsu
Attorneys for Defendant
MAYER HOFFMAN MCCANN, P.C.

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Phillip J. Eskenazi, counsel for Defendant, and that I have obtained Mr. Eskenazi's authorization to affix his electronic signature to this document.

By: */s/ Charles E. Slyngstad*
Charles E. Slyngstad
Attorney for Plaintiff